**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAY ANDREWS, | : |
| and | : |
| GAYLEE ANDREWS, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 04-0307 (JR) |
| | : |
| U.S. DEPARTMENT OF HEALTH AND | : |
| HUMAN SERVICES, *et al.*, | : |
| | : |
| Defendants. | : |

<u>**ORDER**</u>

   For the reasons stated in the accompanying memorandum, the defendants' motion to dismiss the second amended complaint [#28] is **granted**. Defendants' first motion to dismiss [#14] and motion for clarification [#21] are **denied as moot**.


                                        JAMES ROBERTSON
                              United States District Judge